MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0048 CW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 10, 2012 TO MAY 1, 2012 |
| KYLE ROBERT JAMES, | |
| Defendant. | |

     The parties made their initial appearance before the district court on February 28, 2012. At the initial appearance, the court continued the matter until April 10, 2012, for motion/trial setting or change of plea and excluded time.  The parties submitted a stipulation and proposed order to continue that hearing until May 1, 2012, and this court granted that request.  With the agreement of counsel for both parties and the defendant, the Court now finds and holds as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 10, 2012 to May 1, 2012.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to confer with his

ORDER EXCLUDING TIME
CR 12-0048 CW

expert and his client regarding the expert evidence review that the defense recently conducted.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 10, 2012 to May 1, 2012, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 10, 2012 to May 1, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: April 10, 2012

/s/
DAVID J. COHEN
Counsel for Kyle Robert James

DATED: April 10, 2012

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 4/11/2012

CLAUDIA WILKEN
United States District Judge

ORDER EXCLUDING TIME
CR 12-0048 CW                                    -2-