IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0048 CW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER FOR CONTINUANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| KYLE ROBERT JAMES | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing set for August 22, 2012, shall be continued to October 1, 2012 at 2:30 p.m.

The court finds that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance. This continuance will allow the parties reasonable time for effective preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO ORDERED.**

**DATED:** 8/24/2012

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

3